IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,  )<br>  )<br>　　　　Plaintiffs,　　　　　　　　　　　)<br>  )<br>vs.　　　　　　　　　　　　　　　　　　)<br>  )<br>GALE NORTON, et al.,　　　　　　　　　　)<br>  )<br>　　　　Defendants.　　　　　　　　　　)<br>_____ ) | No. 2:06-CV-00023-LKK-GGH<br>**ORDER ON**<br>**AMENDED STIPULATION**<br>**RE: EXTENSION OF TIME**<br>**FOR DEFENDANTS'**<br>**ANSWER & REQUEST TO**<br>**CONTINUE STATUS**<br>**CONFERENCE** |

It is hereby ordered that the Status Conference currently set for March 20, 2006 is

CONTINUED to April 24, 2006 at 2:30 p.m.

Dated this 10th day of March, 2006.


/s/Lawrence K. Karlton
Lawrence K. Kartlton
Senior Judge
United States District Court